IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

| | |
|---|---|
| HEIDI WOEBBEKING,<br>*individually and on behalf of those*<br>*similarly situated,*<br><br>Plaintiff,<br><br>v.<br><br>SHARI'S MANAGEMENT<br>CORPORATION; GATHER HOLDINGS<br>GUARANTEE, LLC,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>) Case No. 1:24-cv-01871-CL<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTION FOR ENTRY OF DEFAULT

Plaintiff moves the Court to direct the Clerk to enter Defendants' default in this case under Federal Rule of Civil Procedure 55(a). *See Hunter v. Dutch Gold Res., Inc.*, No. 1:11-cv-01450-CL, 2012 WL 1279474, at *1 (D. Or. Apr. 13, 2012) ("Rule 55 requires a two-step process consisting of: (1) seeking a clerk's entry of default, and (2) filing a motion for the entry of default judgment." (internal quotation marks omitted)). Defendants have failed to plead and otherwise defend in response to Plaintiff's suit, *see* Fed. R. Civ. P. 55(a), as set forth in the declaration of counsel attached to this motion as Exhibit A. Undersigned counsel certifies that, because no Defendant has appeared in this case nor provided any notice of intent to appear, the conference demanded by Local Rule 7-1(a)(1) before filing this motion has not been possible. *See* L.R. 55-1.

Dated: January 30, 2025            Respectfully submitted,

/s/ *Nathan R. Ring, Esq.*
Nathan R. Ring, Oregon State Bar No. 172663
E-mail: Nring@stranchlaw.com
Stranch, Jennings & Garvey, PLLC

1

3100 W. Charleston Blvd., Ste. 208
Las Vegas, NV 89102
Telephone: 725-235-9750

J. Gerard Stranch, IV*
Michael C. Iadevaia*
**STRANCH, JENNINGS, & GARVEY, PLLC**
223 Rosa Parks Ave. Suite 200
Nashville, TN 37203
Tel.: (615) 254-8801
Fax: (615) 255-5419
gstranch@stranchlaw.com
miadevaia@stranchlaw.com

Samuel J. Strauss
Raina C. Borrelli*
**STRAUSS BORRELLI, LLP**
613 Williamson St., Suite 201
Madison, WI 53703
Tel.: (608) 237-1775
Fax: (608) 509-4423
sam@straussborrelli.com
raina@straussborrelli.com

Lynn A. Toops*
Natalie A. Lyons*
**COHEN & MALAD, LLP**
One Indiana Square, Suite 1400
Indianapolis, IN 46204
Tel.: (317) 636-6481
Fax: (317) 636-2593
ltoops@cohenandmalad.com
nlyons@cohenandmalad.com

* *Pro Hac Vice* applications to be submitted

*Counsel for Plaintiff and the Proposed Class*